IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 3:07 CV-544-mht |
| ADMIRAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Federal Rule of Civil Procedure 7.1 and this Court's General Order No. 3047, to enable the Court to evaluate possible disqualification or recusal, the undersigned counsel for Assurance Company of America (a private non-governmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held.

Assurance Company of America (Assurance) is a wholly owned subsidiary of Maryland Casualty Company, a Maryland Corporation. Maryland Casualty Company is a wholly owed subsidiary of Zurich American Insurance Company, a New York Corporation. Zurich American Insurance Company is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware Corporation. Zurich Holding Company of America, Inc., is a 99.8711% owned subsidiary of Zurich Insurance Company, a Swiss Corporation. (The remaining 0.1289% is owned by ZGA US Limited.) Zurich Insurance Company is a wholly owned subsidiary of Zurich Group Holding, a Swiss Corporation. Zurich Group

Holding is owned 43% by Allied Zurich p.l.c. and 57% by Zurich Financial Services. Allied Zurich p.l.c. is a wholly owned subsidiary of Zurich Financial Services. Zurich Financial Services is the only publicly traded parent company, with a primary listing on the Swiss Stock Exchange and secondary listing on the London Stock Exchange, and a further trading of American Depository Receipts.

Respectfully Submitted,

*/s/ J. Watkins*

JASON R. WATKINS (WAT068)
GERALD C. SWANN (SWA005)
Attorneys for Plaintiff

OF COUNSEL:

Jason R. Watkins, Esq.
**BALL, BALL, MATTHEWS, & NOVAK, P.A.**
One Timber Way, Suite 200
Daphne, Alabama 36527
Phone: (251) 621-7680
Fax: (251) 6217681
E-mail: jwatkins@ball-ball.com

Gerald C. Swann, Esq.
**BALL, BALL, MATTHEWS, & NOVAK, P.A.**
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109
Phone: (334)387-7680
Fax: (334) 387-3222
E-mail: Gswann@ball-ball.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document upon the following attorney(s) of record by placing a copy of same in the United States Mail, postage prepaid this the 21st day of June, 2007.

Daniel A. MacDonald, Registered Agent
Admiral Insurance Company
1255 Caldwell Road
Cherry Hill, New Jersey  08034

_____
OF COUNSEL