IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.: 3:07 CV-544-mht |
| ADMIRAL INSURANCE COMPANY, ) ) ) | |
| Defendant. ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff Assurance Company of America, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint as to defendant Admiral Insurance Company ("Admiral") with prejudice.

/s/ Jason R. Watkins
JASON R. WATKINS (WAT068)
One of Attorneys for Plaintiff

OF COUNSEL:

Jason R. Watkins, Esq.
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
One Timber Way, Suite 200
Daphne, Alabama 36527
Phone: (251) 621-7680
Fax: (251) 6217681
E-mail: jwatkins@ball-ball.com

Gerald C. Swann, Esq.
**BALL, BALL, MATTHEWS & NOVAK, P.A.**
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109
Phone:(334)387-7680
Fax: (334) 387-3222
E-mail: Gswann@ball-ball.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States Mail, postage prepaid this the 28th day of June, 2007.

Daniel A. MacDonald, Registered Agent
Admiral Insurance Company
1255 Caldwell Road
Cherry Hill, New Jersey   08034

La Tonya Y. Darby
Admiral Insurance Company
P O Box 5725
Cherry Hill, NJ  08034-3220

_____
JASON R. WATKINS  (WAT068)

2