Assurance

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to: 3:07cv544 Cmplt Srvc 26dys
Daniel A. MacDonald
Registered Agent
Admiral Insurance Company
1255 Caldwell Road
Cherry Hill, New Jersey 08034

4a. Article Number
7005 1160 0004 9460 8876

4b. Service Type
☐ Registered    ☑ Certified
☐ Express Mail  ☐ Insured
☑ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery

5. Received By: (Print Name)
Michael Herishko

6. Signature: (Addressee or Agent)
X   Michael Herishko

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994            Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.