**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 9, 2007

***NOTICE OF DISMISSAL PURSUANT TO RULE 41***

Gerald C. Swann, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Jason Robert Watkins
Ball, Ball, Matthews and Novak, P.A.
One Timber Way, Suite 200
Daphne, AL 36527

Re:  Assurance Company of America
     Civil Action No. 3:07-cv-00544-MHT

Dear Sirs:

  Pursuant to the Notice/Stipulation of Dismissal filed by the Plaintiff on June 28, 2007, this case has been closed and removed from the pending docket of this court.

           Sincerely,

           DEBRA P. HACKETT, CLERK

            /s William C. Lewis
          By:
            Deputy Clerk

DPH/wcl